IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:10cr144-MHT |
| | ) | (WO) |
| RICHARD VALLADES | ) | |

ORDER

Upon consideration of the probation officer's petition for early termination of supervised release, describing defendant Richard Vallades's successful completion of approximately three years of his four-year term without any instances of noncompliance, and his stable residence and employment, and based on the representation that the government does not oppose early termination, it is ORDERED that:

(1) The petition (doc. no. 88) is granted.

(2) Defendant Richard Vallades's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 9th day of October, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE